AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>_____Tamas Ringhoffen_____<br>*Defendant* | )<br>)<br>)<br>) Case No.  11-mj-1166-RBC<br>)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __JAN - 3 2012__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____John Amabile  C16940_____
*Printed name and bar number of defendant's attorney*

filed in open
Court; 1/3/2012
[signature]
Noreen Russo
Deputy Clerk