**UNITED STATES DISTRICT COURT**
**For the**
**District of Massachusetts**

United States of America

v.                                                      Case No. 11-MJ-01166-RBC

Tamas Ringhoffer

MOTION FOR FUNDS FOR A TRANSLATOR

The defendant in the above-entitled matter requests that the Court authorized the expenditure of up to $800.00 for the retention of a translator. In support of the Motion the defense counsel states the following:

1.    The defendant is a Hungarian national and does not speak English.
2.    Defense counsel does not speak Hungarian.
3.    A translator is essential to enable the defendant and his counsel in to communicate with each other.

The expenditure of these funds for the retention of a translator is essential to insure that the defendant will be properly defended.

_/s/ John A. Amabile_

April 11, 2012                                      John A. Amabile
                                                    Amabile & Burkly, P.C.
.TION ALLOWED                                       380 Pleasant Street

_William G. Young_                                  Brockton, MA 02301
                                                    BBO 016940
                                                    508.559.6966