TO: Clerk of Court
From: Tamas Ringhoffer #59323
Subject: Case summary
Date: April 23, 2012

FILED
IN CLERKS OFFICE
2012 APR 25  P 12:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear clerk,
    Please be Advised that under the court Rules Manual very important if your office could please send me the case summary of events, so that i may review my current status.

However i do not have the docket Entry Number but i will Assist, with my Name Date of Birth and P.C.C.F. ID Number, i have a case pending in your court

Perhaps the Bill of Piticulars would Also be helpful with case summary, thank you for your time in the above matter.

*My D.O.B. is 4-9-81

Sincerely,
[signature]

Tamas Ringhoffer #59323
P.C.C.F.     E-1 211
26 Longpond Rd.
Plymouth, Ma. - 02360 -