## UNITED STATES DISTRICT COURT
### For the
### District of Massachusetts

United States of America

v.                                              Case No. 12cr10113WGY

Tamas Ringhoffer

ASSENTED TO MOTION TO CONTINUE ARRAIGNMENT

The defendant in the above-entitled matter requests that the Court continue the arraignment in the above-entitled matter from May 9, 2012 until June 4, 5 7 or 8.  The parties are negotiating a plea agreement and it is anticipated that an agreement will be executed on or before the suggested continuance date, promoting a prompt and just resolution of the matter.  Assistant United States attorney Scott Garland has indicated his assent to the motion.  He will file and the defendant assents to a motion for an order for excludable delay for the period requested in this motion.

                                                                                /s/ John A. Amabile
                                                                                John A. Amabile
                                                                                Amabile & Burkly, P.C.
                                                                                380 Pleasant Street
                                                                                Brockton, MA 02301
                                                                                BBO 016940

508.559.6966

**CERTIFICATE OF SERVICE**

    I, John A. Amabile, counsel for the defendant, Tamas Ringhoffer, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on this 4th day of May 2012.

                                             */s/ John A. Amabile*

                                             _____

                                             John A. Amabile

Dated: May 4, 2012