**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **TAMAS RINGHOFFER,** <br><br> **Defendant** | **Criminal Case No. 12-CR-10113-WGY** |

### GOVERNMENT'S SENTENCING MEMORANDUM

The United States Attorney moves this Court to sentence Defendant Ringhoffer to 12 months of imprisonment, 36 months of supervised release, no fine, restitution of $18,500 to victim D.L., restitution of $59,500 to victim A.R., and forfeiture.

The United States is recommending a below-guidelines sentence for several reasons. First, Defendant's limited intended gain is much lower than the loss: although the money-laundering netted about $78,000, Defendant was only to receive less than $5,000 for his efforts. Second, there is evidence that Defendant was coerced into committing the offense after he expressed his interest to withdraw from it. The United States will discuss other reasons for the below-guidelines sentence recommendation at the sentencing hearing.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:   */s/ Scott L. Garland*
    Scott L. Garland
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Scott L. Garland*
                                            Scott L. Garland
                                            Assistant United States Attorney

Date: September 19, 2012